■ Valentine Schesser et al., Petitioners, v. New York State Division of Human Rights et al., Respondents.— Motion unanimously granted and peti-

tion dismissed, without costs. (Motion to dismiss petition for noncompliance with Executive Law, § 298.) Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.